JOSEPH A. SCANLAN, JR., SBN 101928
    jas@millermorton.com
J. CARLOS ORELLANA, SBN 233403
    jco@millermorton.com
MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, California 95110
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Plaintiff
Franke Martinez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT

| | |
|---|---|
| FRANKE MARTINEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>GENERAL DYNAMICS C4 SYSTEM INC., a corporate entity; GENERAL DYNAMICS ITRONIX CORPORATION; a corporate entity, Marc Johnston, an individual; Ken Siegler, an individual; and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. C12-0326 MMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DEADLINE<br><br>Hearing Date: May 4, 2012<br>Time: 10:30 a.m.<br>Courtroom: 7, 19th Fl.<br>Judge: Honorable Maxine M. Chesney |

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rules 6-1(a)(b) of the Civil Local Rules of the United States District Court, Northern District of California, Plaintiff FRANKE MARTINEZ, ("Plaintiff"), on the one hand, and Defendants GENERAL DYNAMICS C4 SYSTEM INC and GENERAL DYNAMICS ITRONIX CORPORATION ("Defendants"), on the other, agree as set forth below.

This Stipulation and Proposed Order are being submitted pursuant to Civil Local Rule 6-1(b) for the purpose of continuing the Case Management Conference ("CMC") in this case, which is

1

currently scheduled for May 4, 2012, at 10:30 a.m., to July 13, 2012, at 10:30 a.m., or an alternative date convenient to the Court, as well as continuing the CMC Statement deadline that is tied to the date of the CMC. As set forth in the Recitals below, the parties believe that good cause exist for the continuation of such CMC in light of the present posture of this case, including the fact that the parties have agreed to participate in mediation.

## RECITALS

WHEREAS, on January 20, 2012, Defendants filed a Notice of Removal to District Court and Answer to Plaintiff's Complaint;

WHEREAS, on February 23, 2012, the Court ordered (the "CMC Order") that a Case Management Conference be held on Friday, May, 4, 2012, at 10:30 a.m.;

WHEREAS, the CMC Order requires that the parties file a joint Case Management Statement no later than April 27, 2012;

WHEREAS, on April 12, 2012, Defendants filed a Stipulation And Proposed Order selecting Private ADR;

WHEREAS, on April 13, 2012, the Court issued an Order selecting ADR Process. The parties to complete mediation within 90 days from the date the Order was signed;

WHEREAS, the parties have agreed exchanged 4 available dates in the beginning of June for mediation and proposed mediators;

WHEREAS, Rule 6-1 of the Civil Local Rules of the United States District Court, Northern District of California, permits the parties to request a modification of fixed deadlines by stipulation in writing; and

WHEREAS, pursuant to Civil Local Rule 6-1(b), a Court Order is required to give effect to this Stipulation with regard to the continuance of the CMC and the deadline to file a joint CMC Statement.

//

//

2

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DEADLINE

## STIPULATION

NOW THEREFORE, Plaintiff and Defendants stipulate as follows:

1. Subject to the Court's calendar, the Case Management Conference in this matter shall be continued to Friday, July 13, 2012, or an alternative date convenient to the Court; and

2. The last day to file a joint Case Management Conference Statement shall be (7) days prior to the re-set Case Management Conference;

Dated: April 24, 2012           MILLER, MORTON, CAILLAT & NEVIS, LLP

                                By:   /s/ Joseph A. Scanlan, Jr.
                                      Joseph A. Scanlan, Jr.

Dated: April 25, 2012           OGLETREE DEAKINS NASH SMOAK & STEWART

                                By:   /s/ Mark G. Kisicki
                                      MARK G. KISICKI

3

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DEADLINE

# ~~PROPOSED~~ ORDER

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

1. The Case Management Conference in this matter shall be continued to Friday, July 13, 2012, at 10:30 a.m., in Courtroom 7, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94104;

2. The last day to file a joint Case Management Conference Statement shall be seven (7) days prior to the re-set Case Management Conference; and

3. Plaintiff ~~is directly to serve a copy of this order at once on all parties to this~~ shall serve a copy of this order on any party subsequently joined, ~~action~~ in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure and Civil Local Rule 5. Following service, ~~the party causing the service~~ plaintiff shall file a certificate of ~~Court.~~ service with the Clerk of the Court.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 25, 2012

*Maxine M. Chesney*

Hon. Maxine M. Chesney
Judge of the United States District Court
Northern District of California

MILLER, MORTON, CAILLAT & NEVIS, LLP
25 Metro Drive, 7th Floor
San Jose, CA 95110
Telephone: (408) 292-1765

STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND CASE MANAGEMENT STATEMENT DEADLINE